IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MARQUES GREEN and KELVIN MOORE | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEBORAH PETERSON and DAVID PETERSON, | ) | |
| | ) | |
| Defendants. | ) | |

07 C 50 2 19

Judge Reinhard

F I L E D

NOV 0 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

## COMPLAINT AT LAW

NOW COME plaintiffs, MARQUES GREEN (hereafter "GREEN"), KELVIN MOORE (hereafter "MOORE"), by and through their attorneys, Donald S. Nathan, P.C., and for their action against the defendants, DEBORAH PETERSON (hereafter "DEBORAH") and DAVID PETERSON (hereafter "DAVID"), state as follows:

### PARTIES

1.    Plaintiffs, and each of them, are citizens of the State of Wisconsin.

2.    Defendants, and each of them, are on information and belief, citizens of the State of Illinois.

### JURISDICTION AND VENUE

3.    This Court has jurisdiction over this matter pursuant to 28 U.S.C.  1332 insofar as this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

4.    Venue is properly vested with this Court pursuant to 28 U.S.C.  1391(a).

### COMMON ALLEGATIONS

1

5.      On or about August 4, 2006, defendant, DEBORAH, was the operator of a certain motor vehicle owned by defendant, DAVID, that she  was then and there driving in a generally southerly direction along and upon North Main Street at and toward its intersection with Auburn Street, both being public roadways in the City of Rockford, County of Winnebago and State of Illinois going straight ahead  in traffic in the right/outer/curb lane thereof.

6.      At said time and place, plaintiff GREEN, was a passenger/guest occupant in a certain motor vehicle owned by one Deedra Funches, and operated by one Jillian Rodriguez, which was stopped facing northbound at the south curb line of the intersection of North Main Street at Auburn Street in the right/outer/curb lane in the City of Rockford, County of Winnebago and State of Illinois.

7.      At all times hereto material, a traffic control device placed at the south curb of North Main Street at its intersection with Auburn Street in said City, County and State regulating northbound traffic was signaling red.

## COUNT I - NEGLIGENCE OF DEFENDANT, DEBORAH AS TO PLAINTIFF, GREEN

1-7.      Plaintiff, GREEN, incorporates by reference paragraphs 1 through 7 herein above as though fully set forth in this Count I.

8.      At all times hereto material, defendant, DEBORAH, owed a duty of reasonable care for the safety of the plaintiff, GREEN, as a passenger/guest occupant of a motor vehicle upon said roadway.

9.      Notwithstanding said duty as heretofore alleged, defendant, DEBORAH, was then and there guilty of one of the following careless and negligent acts or omissions:

   a. Operated said motor vehicle at a rate of speed greater than was reasonable
      and proper for conditions then and there existing;

2

b.  Operated said motor vehicle without brakes adequate to control the movement of and to stop and hold said vehicle;

c.  Failed to keep a proper lookout for traffic then and there upon said roadway;

d.  Failed to retain sufficient and proper control over the operation of said vehicle;

e.  Failed to operate said motor vehicle in a reasonably safe manner so as not to cause injury to Plaintiff;

f.  Followed another motor vehicle more closely than was reasonable or proper, contrary to and in violation of 625 ILCS Section 5/11-710(a) of the Illinois Compiled Statutes;

g.  Failed to reduce speed to avoid a collision, contrary to and in violation of 625 ILCS Section 5/11-601(a) of the Illinois Compiled Statutes;

9.  As a direct and proximate result of one of the aforesaid careless and negligent acts or omissions of defendant, DEBORAH, individually, and as agent, servant and employee of the defendant, DAVID, the motor vehicle said defendant, DEBORAH was operating collided with the rear of the motor vehicle owned by Deedra Funches, operated by Jillian Rodriguez and occupied by the plaintiffs, GREEN and MOORE, throwing said plaintiffs in and about said vehicle violently, wrenching their bodies into unnatural positions, causing parts of their bodies to hit the interior of said vehicle.

10.  By reason of the premises, and as a direct and proximate result of one or more of the above set forth careless and negligent acts or omissions of the defendant, DEBORAH, individually, and as agent, servant and employee of the defendant, DAVID, plaintiff, GREEN, was caused to and did sustain divers injuries of a personal and pecuniary nature, including, but not limited to: fractures of teeth # 8 and # 9 both incisally along with buccal/lingually also known as an Ellis class 1 dental fracture to each of said teeth, requiring porcelain crowns to

3

stabilize them and protect them from further damage; neck, face and throat pain by reason of

which plaintiff has expended and incurred obligations for medical and dental expenses and care

and may in the future expend and incur such further obligations; said plaintiff has been and may

in the future be prevented from attending to his usual affairs and duties and he was otherwise

injured, all to his damage.

WHEREFORE, plaintiff, GREEN, prays that this Honorable Court enter judgment in his

favor and against defendant, DEBORAH as follows:

A.    Award compensatory damages in an amount in excess of $75,000.00 plus costs of
      suit; and

B.    Grant such further relief as this Court deems necessary and just.

## COUNT II

### NEGLIGENCE OF DEFENDANT, DAVID, AS TO PLAINTIFF, GREEN

1-10.    Plaintiff incorporates by reference paragraphs 1 through 10 herein above as

though fully set forth in this Count II.

11.    That defendant, DAVID, is vicariously liable for the careless and negligent acts or

omissions of his presumed agent, servant and employee, defendant, DEBORAH.

WHEREFORE, plaintiff, GREEN, prays that this Honorable Court enter judgment in

his favor and against defendant, DAVID as follows:

A.    Award compensatory damages in an amount in excess of $75,000.00 plus costs of
      suit; and

B.    Grant such further relief as this Court deems necessary and just.

## COUNT III - NEGLIGENCE OF DEFENDANT, DEBORAH
## AS TO PLAINTIFF, MOORE

1-7.    Plaintiff, MOORE, incorporates by reference paragraphs 1 through 7 herein above
as though fully set forth in this Count I.

8.    At all times hereto material, defendant, DEBORAH, owed a duty of reasonable
care for the safety of the plaintiff, MOORE, as a passenger/guest occupant of a motor vehicle
upon said roadway.

9.    Notwithstanding said duty as heretofore alleged, defendant, DEBORAH, was then
and there guilty of one of the following careless and negligent acts or omissions:

   a.  Operated said motor vehicle at a rate of speed greater than was reasonable
       and proper for conditions then and there existing;

   b.  Operated said motor vehicle without brakes adequate to control the
       movement of and to stop and hold said vehicle;

   c.  Failed to keep a proper lookout for traffic then and there upon said
       roadway;

   d.  Failed to retain sufficient and proper control over the operation of said
       vehicle;

   e.  Failed to operate said motor vehicle in a reasonably safe manner so as not
       to cause injury to plaintiff;

   f.  Followed another motor vehicle more closely than was reasonable or proper,
       contrary to and in violation of 625 ILCS Section 5/11-710(a) of the Illinois
       Compiled Statutes;

   g.  Failed to reduce speed to avoid a collision, contrary to and in violation
       of 625 ILCS Section 5/11-601(a) of the Illinois Compiled Statutes;

10.    As a direct and proximate result of one of the aforesaid careless and negligent
acts or omissions of defendant, DEBORAH, individually, and as agent, servant and
employee of the defendant, DAVID, the motor vehicle said defendant, DEBORAH was
operating collided with the rear of the motor vehicle owned by Deedra Funches, operated by

5

Jillian Rodriguez and occupied by the plaintiffs, GREEN and MOORE, throwing said plaintiffs in and about said vehicle violently, wrenching their bodies into unnatural positions, causing parts of their bodies to hit the interior of said vehicle.

11.      By reason of the premises, and as a direct and proximate result of one or more of the above set forth careless and negligent acts or omissions of the defendant, DEBORAH, individually, and as agent, servant and employee of the defendant, DAVID, plaintiff, MOORE, was caused to and did sustain divers injuries of a personal and pecuniary nature, by reason of which plaintiff has expended and incurred obligations for medical expenses and care and may in the future expend and incur such further obligations; said plaintiff has been and may in the future be prevented from attending to his usual affairs and duties and he was otherwise injured, all to his damage.

WHEREFORE, plaintiff, MOORE, prays that this Honorable Court enter judgment in his favor and against defendant, DEBORAH as follows:

A.      Award compensatory damages in an amount in excess of $75,000.00 plus costs of suit; and

B.      Grant such further relief as this Court deems necessary and just.

## COUNT IV

### NEGLIGENCE OF DEFENDANT, DAVID, AS TO PLAINTIFF, MOORE

1-10.    Plaintiff incorporates by reference paragraphs 1 through 10 herein above as though fully set forth in this Count II.

11.      That defendant, DAVID, is vicariously liable for the careless and negligent acts or omissions of his presumed agent, servant and employee, defendant, DEBORAH.

6

WHEREFORE, plaintiff, MOORE, prays that this Honorable Court enter judgment in his favor and against defendant, DAVID as follows:

A.    Award compensatory damages in an amount in excess of $75,000.00 plus costs of suit; and

B.    Grant such further relief as this Court deems necessary and just.

Respectfully submitted,

MARQUES GREEN and KELVIN MOORE

By: _____
        DONALD S. NATHAN

DONALD S. NATHAN
Donald S. Nathan, P.C.
4 Elm Creek Drive, #417
Elmhurst, IL 60126
630-758-1500
A.R.D.C. #: 2019221

7