U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07 C 50219

MARQUES GREEN and KELVIN MOORE
DEBORAH PETERSON and DAVID PETERSON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARQUES GREEN and KELVIN MOORE

FILED
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) Donald S. Nathan |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Donald S. Nathan |
| FIRM Donald S. Nathan P.C. |
| STREET ADDRESS 4 Elm Creek Drive, Suite 417 |
| CITY/STATE/ZIP Elmhurst, IL 60126 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC #2019721  Georgia # 565490 | TELEPHONE NUMBER 630 758 1500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]