IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MARQUES GREEN, KELVIN MOORE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07 C 50219 |
| | ) | |
| DEBORAH PETERSON and DAVID PETERSON, | ) | |
| | ) | |
| Defendants. | ) | |

## PROOF OF SERVICE

TO:   WilliamsMcCarthy LLP, 120 West State Street, Suite 400, Rockford, IL 61101

   PLEASE TAKE NOTICE that on March 15, 2008, I have served the following pleadings:

INTERROGATORIES TO DEFENDANTS DEBORAH PETERSON and DAVID PETERSON
REQUEST FOR PRODUCTION PURSUANT
TO THE FEDERAL RULES OF CIVIL PROCEDURE
NOTICE OF DISCOVERY DEPOSTION

in the above entitled action.

_____
Attorney for Plaintiff

Donald S. Nathan
DONALD S. NATHAN, P.C.
4 Elm Creek Drive, Suite 417
Elmhurst, IL 60126
(630) 758-1500
A.R.D.C. No. 2019221

**STATE OF ILLINIOS   )**
                     **) SS**
**COUNTY OF DU PAGE)**

I certify pursuant to §1-109 of the Code of Civil Procedure that the above-mentioned pleadings were served on the party as above addressed by enclosing a copy of them in an envelope, sealed, with postage prepaid in the United States mail at Villa Park, Illinois on March 15, 2008.

_____