# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

Marques Green, et al.

                        Plaintiff,

v.                                          Case No.: 3:07−cv−50219
                                            Honorable Philip G. Reinhard

Deborah Peterson, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

        MINUTE entry before Judge Honorable P. Michael Mahoney:Status hearing held on 4/2/2008. Discovery Hearing set for 8/8/2008 at 01:30 PM. Case management order approved. FRCP 26(a)(1) disclosure due 6/1/08. FRCP 26(a)(2) reserved. Amended Pleadings due by 9/2/2008. Fact Discovery ordered closed by 11/3/2008. Dispositive Motions due by 12/1/2008.)(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.